

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00476-CR

Joshoa Immanuel **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 19th Judicial District Court, McLennan County, Texas
Trial Court No. 2011-2093-C1
Honorable George Allen, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED July 23, 2014.

Patricia O. Alvarez, Justice